No. 1139. Meléndez, Demandante y Apelada, *v.* Redinger, Demandado y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso de divorcio. Moción de la parte apelante desistiendo de la apelación. Resuelto en abril 15, 1914. Se tiene por desistida a la parte apelante. La parte apelada no compareció. El apelante compareció por escrito en nombre propio.

---

No. 624.—El Pueblo, Demandante y Apelado, *v.* Padilla, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo en causa por infracción de las ordenanzas municipales. Resuelto en abril 16, 1914. Revocada la sentencia apelada por los fundamentos de la opinión emitida en el caso No. 623 de *El Pueblo* v. *Padilla,* resuelto en el día de hoy. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. Rafael López Landrón.*

---

No. 659. El Pueblo, Demandante y Apelado, *v.* Gautier, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Ponce en causa por delito contra la salud pública. Resuelto en Abril 24, 1914. Confirmada la sentencia apelada por los fundamentos de la opinión emitida en el caso No. 658 de *El Pueblo* v. *Gautier,* resuelto en el día de hoy. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. Rafael López Landrón.*

---

No. 1104. Gámbaro et al., Demandantes y Apelados, *v.* Escobar, Demandado y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., sobre nuevo juicio en caso de reivindicación de propiedad y otros extremos. Moción de la parte apelada para que se desestime la apelación.